# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTHOME, INC., <br><br> Plaintiff, <br><br> v. <br><br> MIRAMAR INTERNATIONAL, INC., and OTHON AYON, <br><br> Defendants. | Case No.: 1:19-cv-01175 LJO JLT <br><br> ORDER TO THE PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE FAILURE TO COMPLY WITH THE COURT'S ORDERS AND TO PROSECUTE THIS ACTION |

On August 27, 2019, the plaintiff initiated this action related to alleged alleged trademark infringements. (Doc. 1) The Court issued a summons on August 28, 2019 (Doc. 3) and its order setting the mandatory scheduling conference to occur on November 20, 2019 (Doc. 4). The plaintiff served the summons on Miramar International, Inc., on September 3, 2019, but the defendant has not filed a responsive pleading and the plaintiff has not sought default. The plaintiff has not filed a proof of service on Othon Ayon. Therefore, the Court **ORDERS**,

1. **No later than November 22, 2019**, the plaintiff **SHALL** show cause why sanctions, up to and including dismissal, should not be imposed for the failure to prosecute this action and comply with the Court's orders;

2. The scheduling conference is **CONTINUED** to **December 20, 2019** at 9:30 a.m.

///

1

**The plaintiff is advised that the failure to comply will result in sanctions as set forth above.**

IT IS SO ORDERED.

Dated: **November 12, 2019**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE