# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTHOME INC., <br><br> Plaintiff, <br><br> v. <br><br> MIRAMAR INTERNATIONAL INC., et al., <br><br> Defendants. | Case No.: 1:19-CV-01175-LJO-JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT <br><br> (Doc. 7) |

Plaintiff reports the parties settled the action, "but it is subject to the completion of a domain name transfer." (Doc. 7 at 2) Plaintiff expects this to be completed within two weeks, after which the action will be dismissed. (*Id.*) Based upon the information provided, the Court **ORDERS**:

    1.    The Order to Show cause dated November 12, 2019 (Doc. 6) is DISCHARGED;

    2.    Plaintiff **SHALL** file Notice of Dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure no later than **December 10, 2019**; and

    3.    All pending dates, conferences and hearings are **VACATED**.

**<u>Plaintiff is advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.</u>**

IT IS SO ORDERED.

    Dated:   **December 2, 2019**             **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE