UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTHOME INC., <br><br> Plaintiff, <br><br> v. <br><br> MIRAMAR INTERNATIONAL INC., et al., <br><br> Defendants. | Case No.: 1:19-CV-01175-LJO-JLT <br><br> ORDER CLOSING CASE <br><br> (Doc. 9) |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1). (Doc. 9) Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **December 10, 2019**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE